UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BRAD M. COLLIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-cv-00253-RLM-KMB |
| | ) |
| CITY OF NEW ALBANY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendant and against the plaintiff. The plaintiff shall take nothing by his complaint and this action is terminated.

ENTERED: January 24, 2023

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF.